UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION, :
:
                Plaintiff, :
:
  -against- :
:
MICHAEL J. OPPENHEIM, :     15 Civ. 2957 (WHP)
:
             Defendant, :     ECF Case
:
  -and- :
:
ALEXANDRA OPPENHEIM, :
:
           Relief Defendant. :

-------------------------------------------------------------------x

## NOTICE OF DISMISSAL OF
## RELIEF DEFENDANT ALEXANDRA OPPENHEIM

**PLEASE TAKE NOTICE**, that Relief Defendant Alexandra Oppenheim is

DISMISSED without prejudice from the Complaint brought by the Plaintiff Securities and

Exchange Commission. This dismissal is made pursuant to Fed. R. Civ. P. 41(a). Relief

Defendant Alexandra Oppenheim has neither filed an answer nor a motion for summary

judgment.

Dated: July 25, 2016
New York, New York

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISION

By: _____
        Nancy A. Brown

200 Vesey Street, Suite 400
New York, NY 10281-1022

Attorney for Plaintiff

SO ORDERED:

_____        7/29/16
WILLIAM H. PAULEY III
U.S.D.J.

2